McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDISH SINGH, et al. | No. 2:08-cv-00322-MCE-DAD |
| Plaintiffs, | |
| v. | JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until June 11, 2008.

Dated: April 11, 2008

                                            McGREGOR W. SCOTT
                                            United States Attorney

By:    /s/Audrey Hemesath
         Audrey B. Hemesath
         Assistant U.S. Attorney
         Attorneys for the Defendants

By:    /s/ Robert B. Jobe
         Robert B. Jobe
         Attorney for the Plaintiffs

-1-

1  ORDER

2  Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

3  ORDERED that the date for filing the government's Answer to the complaint is extended to

4  June 11, 2008.

5  IT IS SO ORDERED.

6  Dated:  April 15, 2008

8  _____
   MORRISON C. ENGLAND, JR.
9  UNITED STATES DISTRICT JUDGE