McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDISH SINGH, et al. | No. 2:08-cv-00322 MCE DAD |
| Plaintiffs, | SECOND JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to an initial extension of time for the government to file its answer to the complaint, to June 11, 2008. The parties respectfully inform the Court that they are endeavoring to reach a resolution at the administrative level. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

///
///
///
///
///

1  The parties therefore stipulate that the time for filing the government's answer be extended to
2  August 11, 2008, and that any other filing dates be similarly extended to after that time.
3  Dated: June 10, 2008

                                McGREGOR W. SCOTT
                                United States Attorney

          By:    /s/Audrey Hemesath
                    Audrey B. Hemesath
                    Assistant U.S. Attorney
                    Attorneys for the Defendants

          By:    /s/ Robert B. Jobe
                    Robert B. Jobe
                    Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to August 11, 2008.

IT IS SO ORDERED.

Dated: June 16, 2008

                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE