McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDISH SINGH, et al. | No. 2:08-cv-00322 MCE DAD |
| Plaintiffs, | THIRD JOINT STIPULATION RE: EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to two extensions of time for the government to file its answer to the complaint, to August 11, 2008. The parties respectfully inform the Court that during the latest extension period, CIS issued a Request for Evidence to Mr. Singh toward the end of clarifying the remaining issues in his pending application. It is anticipated that Mr. Singh will shortly submit to the agency his response to the Request for Evidence, and that CIS will be able to complete adjudication of the application soon after receipt of this response. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing the government's answer be extended to October 11, 2008, and that any other filing dates be similarly extended to after that time.

Dated: August 7, 2008

          McGREGOR W. SCOTT
          United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to October 11, 2008.

IT IS SO ORDERED.

Dated: August 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE