McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDISH SINGH, et al. | No. CV S 08 322 MCE DAD |
| Plaintiffs, | JOINT STIPULATION RE: DISMISSAL AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). As of the date of this filing, all pending applications have been adjudicated. Accordingly, the parties stipulate to dismissal of this action.

Dated: September 23, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiffs

1 ORDER

2  Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

3 ORDERED that the matter is dismissed as moot

4  IT IS SO ORDERED.

5  Dated: September 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE